Augustus E. Stage, Respondent, v. Samuel P. Waldo, Appellant.— Judgment and order affirmed, with costs. All concurred; Kruse, J., not sitting.

Andrew J. Dick, Appellant, v. Susie Marvin, Respondent.— Judgment affirmed, with costs. All concurred.

Thomas De Ford, Appellant, v. Thomas W. Gleason and Others, Defendants. Minor K. Johnston, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of James N. Adams for the Removal of William D. Doherty from the Office of Police Commissioner of the City of Buffalo.— Order entered referring this matter to the Hon. William A. Sutherland, counselor at law, residing in the city of Rochester, referee, to take the proofs herein and report to this court with his opinion thereon.

Oil Well Supply Company, Respondent, v. Phœnix Iron Works Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied upon the ground that permission is unnecessary. (See *Blady* v. *Rothschild*, 170 N. Y. 574.)

Philena Briggs, Respondent, v. Alice I. Weeks and Another, Appellants.— Appeal dismissed, with costs, including ten dollars costs of motion.

In the Matter of the Application of the Niagara, Lockport and Ontario Power Company, Respondent, Relating to Acquiring Title to Certain Lands of Rosalie Flaka, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question certified to that court for review.

In the Matter of the Application of the Niagara, Lockport and Ontario Power Company, Respondent, to Acquire Title to Certain Lands of Dennis L. Preisch, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question certified to that court for review.

Reuben Neate, as, etc., Respondent, v. John Gelm, Sheriff, etc., Appellant.— Order granted requiring cause to be shown on the 12th day of October, 1906, why the judgment appealed from should not be reversed.

Donnie Barrus, Appellant, v. David Parsons, Respondent.— Order dismissing appeal vacated and reargument ordered and case deemed submitted on original briefs on stipulation of counsel in open court.

Horace White and Others, Respondents, v. Howard G. White, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant shall, within thirty days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal as provided by rule 41,* and pay to the respondents' attorneys ten dollars costs of this motion, in which event said motion is denied, without costs.

Frederick R. Coe, an Infant, etc., Respondent, v. Geneva Power and Light Company, Impleaded with Another, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred, except Nash, J., not voting.

In the Matter of Melissa J. De Puy, an Alleged Incompetent Person, Appellant. Isaac J. De Puy, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary L. Holmes, as Administratrix, etc., of William L. Holmes, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Lillie Lapieduse, an Infant, by Abraham Lapieduse, Her Guardian ad Litem, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. Held, that the errors complained of were not of sufficient importance to require reversal. All concurred, except Spring, J., who dissented.

David A. Pearsall, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that evidence of the meaning and application of the rule relating to injunctions was improperly excluded.

Frank Lane, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All con-

---

* General Rules of Practice.— [REP.